IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LIBERTY INSURANCE
UNDERWRITERS, INC.                                             PLAINTIFF

V.                                     CIVIL ACTION NO.: 3:13-CV-360-HTW-LRA

RICHARD GRIFFITH,
RECOVERY HOLDINGS, LLC.,
AND HEATH WALLEY                                  DEFENDANTS

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Liberty Insurance Underwriters, Inc., by and through counsel, and files this Notice of Dismissal Without Prejudice of the above styled action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. No answer or a motion for summary judgment has been filed by any opposing party in this case.

THIS the 8th day of November, 2013.

Respectfully submitted,

LIBERTY INSURANCE UNDERWRITERS, INC.

BY:    /s/ John G. Roach III
         John G. Roach III (MSB# 102299)
         Barry, Thaggard, May & Bailey, LLP.
         P.O. Box 2009
         Meridian, MS 39302-2009
         Office: (601) 693-2393
         Facsimile: (601) 693-0226
         ATTORNEY FOR PLAINTIFF